UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANE ROE,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL RESERVE BANK OF SAN FRANCISCO, DOES 1-20,<br><br>    Defendants. | Case No: 20-cv-02843 SBA<br><br>**CONDITIONAL DISMISSAL ORDER** |

Having received notice of the settlement of this action, <u>see</u> Dkt. 41, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED. In the event that the settlement is not realized, any party may move to reopen the case and a pretrial schedule will be set, provided such motion is filed within thirty (30) days of the date this Order is filed.

IT IS SO ORDERED.

Dated: 06/30/2021

                                                                                          SAUNDRA BROWN ARMSTRONG
                                                                                          Senior United States District Judge